UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASCADE DESIGNS INC,

        Plaintiff,

  v.

JAB DISTRIBUTORS LLC,

        Defendant.

C18-1806 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Entry of Default, docket no. 6, is DEFERRED. Plaintiff failed to establish that Defendant was served with copies of the Complaint, Summons, and the Motion for Entry of Default. *See, e.g.*, Declaration of Douglas A. Grady, docket no. 6-1, ¶ 4 (referencing Affidavit of Special Process Server, which has not been filed with the Court). Plaintiff is directed to file an Amended Exhibit 1 to the Grady declaration, docket no. 6-1, with proof of service.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of January, 2019.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk