HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE DESIGNS, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JAB DISTRIBUTORS, LLC, an Illinois corporation,<br><br>    Defendant. | Case No. 2:18-cv-1806-TSZ<br><br>STIPULATED MOTION AND ORDER TO STAY, FOR ONE WEEK, TWO SENTENCES OF THE DEFAULT JUDGMENT |

Pursuant to LCR 10(g), Plaintiff Cascade Designs, Inc. and Defendant JAB Distributors, LLC, through counsel, hereby stipulate and move this Court for an Order staying, by only one week, this Court's Default Judgment, only with respect to the following:

    1. "JAB must deliver to CDI's counsel its entire inventory of infringing products, including, without limitation, its sleep products, packaging, labeling, advertising and promotional material, and all plates, patterns, molds, matrices, and other material for producing or printing such items, that are in its possession or subject to its control and that infringe the THERM-A-REST® Marks."; and

    2. "[T]he Commissioner of the United States Patent and Trademark Office is DIRECTED to cancel Registration Nos. 4,538,345 and 5,138,979.".

The reasons justifying the proposed change are as follows: the parties are engaged in active settlement discussions, which discussions might lead to an agreement that would lead to an un-winding or reversal of the foregoing ordered acts.

STIPULATED MOTION AND ORDER TO STAY, FOR ONE WEEK, TWO SENTENCES OF THE DEFAULT JUDGMENT
(Case No. 2:18-cv-1806-TSZ) – 1

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Accordingly, upon issuance of an Order, the foregoing obligations shall be perfected in full no later than May 31, 2019, and the remainder of this Court's April 24, 2019 Order remains undisturbed. Nothing in this Stipulated Motion or [Proposed] Order shall prevent the parties from seeking further relief.

Dated this 24th day of May, 2019.

Respectfully Submitted,

FOCAL PLLC

By: s/ *Venkat Balasubramani*
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

LEVENFELD PEARLSTEIN, LLC

By: s/ *Paula Jill Krasny*
Paula Jill Krasny (admitted *pro hac vice*)

s/ *George J. Spathis*
George J. Spathis (admitted *pro hac vice*)
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602
Tel: (312) 476-7585
Email: pkrasny@lplegal.com
Email: gspathis@lplegal.com

*Attorneys for Defendant JAB Distributors, LLC*

BAKER & HOSTETLER LLP

By: *s/Anthony Robert Sterling*
Anthony Robert Sterling, WSBA No. 53424
Douglas Anderson Grady, WSBA No. 36100
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380
Fax: (206) 624-7317
asterling@bakerlaw.com
dgrady@bakerlaw.com

*Attorneys for Plaintiff Cascade Designs, Inc.*

STIPULATED MOTION AND ORDER TO STAY, FOR ONE WEEK, TWO SENTENCES OF THE DEFAULT JUDGMENT
(Case No. 2:18-cv-1806-TSZ) – 2

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of May, 2019.

_____
Thomas S. Zilly
United States District Judge

LP 14817168.1 \ 42961-117354

STIPULATED MOTION AND ORDER TO STAY, FOR ONE WEEK, TWO SENTENCES OF THE DEFAULT JUDGMENT (Case No. 2:18-cv-1806-TSZ) – 3

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966