UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASCADE DESIGNS, INC.,

        Plaintiff,

  v.

JAB DISTRIBUTORS, LLC,

        Defendant.

C18-1806 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Amend the Complaint, docket no. 46, is GRANTED. Plaintiff is ORDERED to file its amended complaint on or before Friday, July 19, 2019. The amended complaint will relate back to the date the original complaint was filed.

(2) Plaintiff Cascade Designs, Inc.'s Motion for Limited Expedited Discovery, docket no. 45, is DENIED. The Court's June 10, 2019 Order, docket no. 44, granted Defendant JAB Distributors LLC ("JAB") relief from default judgment for two independent reasons: (1) factual uncertainty regarding whether Plaintiff served the original complaint on JAB Distributors LLC, and (2) Plaintiff's decision to serve JAB, an entity no longer in existence at the time of purported service, instead of Protect-A-Bed LLC ("PAB"), the successor to JAB. Whether Plaintiff served the original complaint on JAB is no longer relevant in light of counsel for JAB and PAB agreeing to accept service of the amended complaint.

(3) The parties are DIRECTED to engage in mediation pursuant to Local Civil Rule 39.1(c) on or before September 12, 2019.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of July, 2019.

                                        William M. McCool  
                                        Clerk

                                        s/Karen Dews  
                                        Deputy Clerk

MINUTE ORDER - 2