UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASCADE DESIGNS INC,

        Plaintiff,

  v.

JAB DISTRIBUTORS LLC,

        Defendant.

C18-1806 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file, on or before September 30, 2019, a Joint Status Report in the form set forth in the Order dated December 26, 2018, docket no. 5. Counsel shall conduct the conference required by Federal Rule of Civil Procedure 26(f) on or before September 16, 2019. On or before October 1, 2019, the parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of July, 2019.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1