# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CASCADE DESIGNS INC,

    Plaintiff,

v.

PROTECT-A-BED, LLC,

    Defendant.

C18-1806 TSZ

ORDER

THIS MATTER having come before the Court on the parties' Stipulated Motion And [Proposed] Order Altering Certain Dates (the "Motion"), docket no. 56; the Court having considered the Motion and all other filings and papers in this matter; and the Court otherwise being fully advised and for good cause shown; the Court hereby ORDERS:

The Motion GRANTED, and the following deadlines are modified:

| Event | Date |
|---|---|
| LCR 39.1(c) mediation | October 9, 2019 |
| Discovery Conference | October 11, 2019 |
| Plaintiff's Answer or Response to Defendant's Amended Answer and Counterclaim | October 21, 2019 |
| Joint Status Report and Discovery Plan | October 28, 2019 |
| Initial Exchange of Disclosures | October 28, 2019 |

All other dates and deadlines remain unchanged.

ORDER - 1

1     The Clerk is directed to send a copy of this Order to all counsel of record.

2     IT IS SO ORDERED.

3     Dated this 21st day of August, 2019.

                                                          Thomas S. Zilly
                                                        United States District Judge

ORDER - 2